# EMDIN & RUSSELL, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
499 SEVENTH AVENUE, FLOOR 12N
NEW YORK, NEW YORK 10018
WWW.EMDIN-RUSSELL.COM

TELEPHONE: (212)683-3995                                   FAX:(212)918-9087

JEFFREY L. EMDIN, ESQ.                                     ROYCE RUSSELL, ESQ.

April 27, 2016

United States District Court
Southern District of New York
Attn: Honorable Judge Paul Gardephe
40 Foley Square
New York, NY 10007

Re:   **J.B. Nicholas v City of New York et.al.**
      **15 CV 9896**

Dear Honorable Judge Gardephe:

The firm Emdin & Russell, LLP, respectively request to be relieved as counsel for the Plaintiff, Mr. Nicholas.

Upon discussion of legal strategies and the Court's order dated April 22, 2016, the Plaintiff has decided to precede "*Pro Se*." Additionally, the Plaintiff has advised our firm not to file an Amended Verified Complaint, and informed us he wishes to proceed "*Pro Se*" and will be applying for appointed counsel given he is currently unemployed.

The April 22, 2016 Initial conference transcript which articulates the options concerning the filing of an Amended Verified Complaint, and delineates a motion scheduled if said Amended Verified Complaint is not filed has been forwarded to the Plaintiff.

We apprise the Court of the above information upon receiving correspondence from the Plaintiff as of Wednesday April 27, 2016 at 6:15 a.m.

We respectfully request the Court grant the herein request so the Plaintiff may proceed "*Pro Se*".

No prior application has been made before this Court.

Sincerely,

Royce Russell, Esq.