UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED SDNY PRO SE OFFICE 2016 MAY -5 PM 2:42 S.D. OF N.Y.

JB Nicholas
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s))

-against-

City of New York

15 Civ. 9896 (RJS) ( )

(In the space above enter the full name(s) of the defendants(s)/respondent(s))

NOTICE OF PRO SE APPEARANCE

Please take notice that I, Jason Nicholas, Plaintiff / Defendant (Circle One) in this action, hereby appear *Pro Se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Nicholas, Jason — Suite 305
Name (Last, First, MI)

240 Broadway, Brooklyn, NY 11211
Address        City            State      Zip Code

N/A                    jasonbnicholas@gmail.com
Telephone Number        E-mail Address

5/5/16                 JB Nic
Date                   Signature

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/16